IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-086-CV





RICHARD H. ANTON AND HANCOCK, PIEDFORD, GALTON & McGILL,



 APPELLANTS


vs.





KATHY McGINLEY AND THE ESTATE OF BERNIE McGINLEY,



 APPELLEE



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT



NO. 396,128-B, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING



 





PER CURIAM

 The parties have filed a joint motion to dismiss. The motion is granted. Tex. R.
App. P. 59(a).

 The judgment of the trial court is set aside and the cause is dismissed as moot.



Before Chief Justice Carroll, Justices Kidd and B. A. Smith

Judgment Set Aside and Cause Dismissed on Joint Motion

Filed: June 22, 1994

Do Not Publish